

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00036-CV

| | | |
|---|---|---|
| Estate of Julia Hope Gerald Hood, Deceased | § | From Probate Court No. 2 |
| | § | of Tarrant County (2012-PR02962-2-F) |
| | § | November 17, 2106 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellant David Ringer and the Ringer Law Firm's special appearance is reversed and we render a judgment dismissing Appellees James Hood; Sowers of Seed, a Charitable Corporation; John "Jackie" Hood, Patricia Hood Ritchie, Billy Ray Hood, Tim Hood; and Cheryl Hood Key claims for lack of personal jurisdiction.

It is further ordered that Appellees James Hood, Sowers of Seed, a Charitable Corporation; John "Jackie" Hood, Patricia Hood Ritchie, Billy Ray Hood, Tim Hood; and Cheryl Hood Key shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
      Justice Lee Gabriel